UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 6, 2025
KELLY L. STEPHENS, Clerk

No. 25-3570

QUEEN CHARLOTTE FRANKLIN,

    Plaintiff-Appellant,

v.

DOLLAR TREE, INC.; UNITED DAIRY FARMERS, aka U.D.F.,

    Defendants-Appellees.

Before: SUTTON, Chief Judge; BATCHELDER and NALBANDIAN, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk